# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-3093

_____

| | | |
|---|---|---|
| Robert Stewart, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Nora Ragon, Place of Work Mission | * | |
| Distribution; Patricia Sue Hartwell, | * | [UNPUBLISHED] |
| Employment and Train Coordinator | * | |
| Experience Work, Inc.; Richard | * | |
| Freeman, Supervisor Experience | * | |
| Works Inc.; Does, 1 through 3, | * | |
| Place of Work Mission Distribution; | * | |
| Mission Distribution; Experience | * | |
| Work Inc., | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 1, 2012
Filed: February 6, 2012

_____

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Robert Stewart appeals from the district court's[1] pre-service 28 U.S.C. § 1915(e)(2) dismissal, with prejudice, of his pro se action alleging employment discrimination. Upon careful de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (standard of review), this court concludes that the dismissal of Stewart's case was proper for the reasons stated by the district court.

This court affirms. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.